Case 5:16-cv-00108   Document 12   Filed in TXSD on 07/20/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTURO DE LA FUENTE, and<br>MARIA DE LA FUENTE,<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS, and<br>GILBERT SANTOS,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 5:16-cv-108 |

## ORDER OF REMAND

For the reasons stated in the Memorandum and Order of even date, it is ORDERED that this case be REMANDED to the 341st Judicial District of Webb County, Texas.

DONE at Laredo, Texas, this 20th day of July, 2016.

_George P. Kazen_
George P. Kazen
Senior United States District Judge